UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Darlene Barnes
                Plaintiff,

v.                                             Case No.: 1:25−cv−02725
                                                      Honorable Andrea R. Wood

The Chicago Housing Authority
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 5, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: The Court hereby requests that Jason J. Friedl, of Romanucci & Blandin, LLC, 321 N Clark St, Ste 900, Chicago, IL 60654, jfriedl@rblaw.net, represent Plaintiff in accordance with counsel's trial bar obligations under the District Court's Local Rules 83.11(h) and 83.37. By 9/26/2025, counsel shall enter an appearance for Plaintiff. Counsel shall consult with Plaintiff and appear at the next telephonic status hearing. Telephonic status hearing remains set for 10/21/2025 at 9:00 AM. The call−in number is (650) 479−3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Counsel is directed to open a separate PACER account for use in this case only. Fees are exempt for this case and the previously identified cases filed in this court by this plaintiff only; counsel shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. This exemption is valid immediately and for the duration of counsel's participation in this matter. This exemption may be revoked at the discretion of the Court at any time. Counsel shall contact the PACER Service Center at 1−800−676−6856 or via the link below to create a new PACER account and to make any necessary arrangements for the waiver. The Clerk's Office is directed to send a copy of this Order to Plaintiff, recruited counsel, the Systems Department of the Northern District of Illinois, and the PACER Service Center at http://www.pacer.psc.uscourts.gov/register.html. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.